No. 83–1493. GENERAL HOSPITALS OF HUMANA, INC. *v.* ARKANSAS STATEWIDE HEALTH COORDINATING COUNCIL ET AL. Sup. Ct. Ark. Certiorari denied.

No. 83–1495. THORSTEINSSON ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 83–1538. LAFFERTY *v.* ALYESKA PIPELINE SERVICE ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 83–1565. LOMAS *v.* NORTHWESTERN LEHIGH SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–1566. HUNTER *v.* REARDON SMITH LINES, LTD. C. A. 11th Cir. Certiorari denied.

No. 83–1576. SUTTON ET AL. *v.* WEIRTON STEEL DIVISION OF NATIONAL STEEL CORP. ET AL.; and
No. 83–1584. BRUNNER ET AL. *v.* NATIONAL STEEL CORP. ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 724 F. 2d 406.

No. 83–1589. CITY OF NORTH OLMSTEAD, OHIO *v.* GREATER CLEVELAND REGIONAL TRANSIT AUTHORITY. C. A. 6th Cir. Certiorari denied.

No. 83–1591. CHARTER CONSOLIDATED, LTD., ET AL. *v.* BARBER ET AL. Super. Ct. Pa. Certiorari denied.

No. 83–1594. LASCALA *v.* BURLINGTON NORTHERN INC. Sup. Ct. Minn. Certiorari denied.

No. 83–1597. REES *v.* COUNTY OF LOS ANGELES. Ct. Sp. App. Md. Certiorari denied.

No. 83–1604. FRANKLIN STONE PRODUCTS, INC. *v.* DAWSON ET AL. Ct. App. Wis. Certiorari denied.

No. 83–1606. KENNEDY *v.* BOARD ON PROFESSIONAL RESPONSIBILITY OF THE SUPREME COURT OF DELAWARE ET AL. Sup. Ct. Del. Certiorari denied.